UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC

    Plaintiff(s),

  v.

CRITES ET AL

    Defendant(s).
_____/

No. C- 11-05436

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference set for August 2, 2012 is VACATED.

Dated: July 27, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

copies mailed to
counsel of record